# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Raytheon Company and Raytheon ) ASBCA Nos. 61136, 61137
  Missile Systems ) 61138, 61139
)
Under Contract No. W15P7T-07-C-P207 *et al.*)

APPEARANCES FOR THE APPELLANT: Karen L. Manos, Esq.
John W. F. Chesley, Esq.
Erin N. Rankin, Esq.
  Gibson, Dunn & Crutcher LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT: E. Michael Chiaparas
  DCMA Chief Trial Attorney
Stephen R. Dooley, Esq.
Alexander M. Healey, Esq.
Cara A. Wulf, Esq.
  Trial Attorneys
  Defense Contract Management Agency
  Chantilly, VA

## ORDER OF DISMISSAL

The dispute which is the subject of these appeals having been settled in accordance with the parties' settlement agreement, received by the Board on 8 May 2017, the appeals are hereby dismissed with prejudice.

Dated: 24 May 2017

CHERYL L. SCOTT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61136, 61137, 61138, 61139, Appeals of Raytheon Company and Raytheon Missile Systems, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2